## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Cedeno
  Plaintiff

             CIVIL ACTION

  V.

             NO. _13-10031-RGS_ _____

Wells Fargo et al
  Defendant

## **ORDER OF DISMISSAL** WITH PREJUDICE

STEARNS, D.J.,

  In accordance with the Court's Order of _____4/5/13_____, it is

hereby ORDERED that the above-entitled action be and hereby is dismissed with

prejudice.

<br>

4/5/13_____ ____ _____

Date